IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH ADKINS                                                                       PETITIONER

V.                      CASE NO. 4:16-CV-00487-JLH-JTK

WENDY KELLEY, *Director*
Arkansas Department of Correction                                        RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 7th day of June, 2017.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE